Submitted on record and brief January 26, reversed and remanded
for resentencing February 23, 1981

STATE OF OREGON,
*Respondent,*
*v.*
JUBAL LEE ROWTON,
*Appellant.*

(No. 27303, CA 18695)

623 P2d 1141

Gary D. Babcock, Public Defender, and Ernest E. Estes,
Deputy Public Defender, Salem, filed the brief for appellant.

John L. Snyder, Polk County District Attorney, waived
appearance for respondent.

Before Gillette, Presiding Judge, and Roberts and
Young, Judges.

PER CURIAM.

## PER CURIAM

The state confesses error. Reversed and remanded for resentencing.